IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | | |
|---|---|---|
| MARIA S. CARUSO, | | |
| | Plaintiff, | ORDER |
| v. | | |
| HOLLY OTT and HER ACCOMPLICES, | | 12-cv-737-wmc |
| | Defendants. | |

---

| | | |
|---|---|---|
| MARIA S. CARUSO, | | |
| | Plaintiff, | ORDER |
| v. | | |
| PUBLIC - DOCTORS - LAWYERS, | | 12-cv-738-wmc |
| | Defendants. | |

---

| | | |
|---|---|---|
| MARIA S. CARUSO, | | |
| | Plaintiff, | ORDER |
| v. | | |
| WELL CULVERS CORPORATION and FORWARD MANAGEMENT APARTMENTS, | | 12-cv-739-wmc |
| | Defendants. | |

---

| | | |
|---|---|---|
| MARIA S. CARUSO, | | |
| | Plaintiff, | ORDER |
| v. | | |
| CONGRESS and SENETTE, | | 12-cv-740-wmc |
| | Defendants. | |

---

Plaintiff Maria Caruso has submitted four proposed complaints.  Plaintiff has asked for leave to proceed *in forma pauperis* and has supported her request with an affidavit of indigency.  The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In these cases, plaintiff is not married and does not have any dependents. Plaintiff's monthly income from Social Security benefits is $950, which makes her annual income $11,400. Because plaintiff's income is less than $16,000, she can proceed without any prepayment of fees or costs.

Accordingly, IT IS ORDERED that plaintiff Maria Caruso's complaints are taken under advisement. As soon as the court's calendar permits, plaintiff's complaints will be screened pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed either because the complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seek monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about these cases, she should be sure to write the case numbers shown above on her communication..

Entered this 23rd day of October, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge