IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARIA S. CARUSO,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                               12-cv-737-wmc

HOLLY OTT and HER ACCOMPLICES,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction or, alternatively, as frivolous under 28 U.S.C. § 1915(e)(2)(b)(1).


By: _(signature)_, Deputy Clerk                1-11-2013
    Peter Oppeneer, Clerk of Court                    Date